# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00021-CR
NO. 03-12-00022-CR

**Leroy Johnson Steed, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF SCHLEICHER COUNTY, 51ST JUDICIAL DISTRICT
NOS. 1018 & 1019, THE HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Leroy Johnson Steed has filed motions to dismiss these appeals.  We grant

the motions and dismiss the appeals.  *See* Tex. R. App. P. 42.2(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's Motion

Filed:   July 20, 2012

Do Not Publish